120 P.3d 1145

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**October 10, 2005**

| 26819 | State v. Dickens | Affirmed |
|-------|------------------|----------|

**October 18, 2005**

| 26020 | State v. Tetu | Affirmed |
|-------|---------------|----------|